```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERCIK P. KUNZMANN and
VLADIA KUNZMANN,

        Plaintiffs,

    - against -

RENATO STARCIC,

        Defendant.

**Order of Discontinuance**

08 Civ. 5579   (PKL)

**LEISURE, District Judge:**

    The parties having advised Magistrate Judge Gabriel W. Gorenstein that this action has been settled after a settlement conference before Judge Gorenstein, it is hereby **ORDERED** that the above entitled action is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of this date hereof.

SO ORDERED.
New York, New York

May 4, 2009

                                                */s/ Peter K. Leisure*
                                                          U.S.D.J.